AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MIGUEL GALVEZ BONILLA and CRISTIAN ARONY MARTINEZ DOMINGUEZ, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

SALVATORE'S OF ELMONT PIZZERIA & RESTAURANT INC. and SALVATORE'S PIZZERIA & RESTAURANT OF ELMONT INC., VITO CORTESIANO, JOSEPH CAMPISI and ANNA ARRIGO, as individuals

*Defendant(s)*

Civil Action No. 25-cv-03177-ARL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Helen F. Dalton & Associates, P.C.

Roman Avshalumov, Esq.

80-02 Kew Gardens Road, Suite 601

Kew Gardens, NY 11415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 6/6/2025



*Sandra Felgueiras*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                              *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                                        [ Reset ]

# RIDER TO SUMMONS

Civil Case No.: _____

FULL COMPLAINT CAPTION:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
MIGUEL GALVEZ BONILLA and CRISTIAN ARONY
MARTINEZ DOMINGUEZ, individually and on behalf of all others similarly situated,

                              Plaintiffs,

   -against-

SALVATORE'S OF ELMONT PIZZERIA &
RESTAURANT INC. and SALVATORE'S PIZZERIA &
RESTAURANT OF ELMONT INC., VITO CORTESIANO,
JOSEPH CAMPISI and ANNA ARRIGO, as individuals,

                              Defendants.
--------------------------------------------------------------------------X

**Civil Case No.:**

**COLLECTIVE ACTION COMPLAINT**

*JURY TRIAL DEMANDED*

*via Personal Service:*
**SALVATORE'S OF ELMONT PIZZERIA & RESTAURANT INC.**
312 Meacham Ave., Elmont, NY 11003
**SALVATORE'S PIZZERIA & RESTAURANT OF ELMONT INC.**
312 Meacham Ave., Elmont, NY 11003

**VITO CORTESIANO**
312 Meacham Ave., Elmont, NY 11003
**JOSEPH CAMPISI**
312 Meacham Ave., Elmont, NY 11003
**ANNA ARRIGO**
312 Meacham Ave., Elmont, NY 11003

*Service via Secretary of State:*
**SALVATORE'S OF ELMONT PIZZERIA & RESTAURANT INC. (DOS ID: 5097241)**
312 Meacham Ave., Elmont, NY 11003

**SALVATORE'S PIZZERIA & RESTAURANT OF ELMONT INC. (DOS ID: 5118445)**
312 Meacham Ave., Elmont, NY 11003

1